Reg. # 65589-379
Number/Alien Registration Number

FCI Loretto
Place of Confinement

P.O. Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

**FILED**

MAY 23 2022

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

ISJF
#3
Fee Paid

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Raul Ochoa-Perez
(Full Name of Petitioner)

                Petitioner,

vs.

Queen, Acting Warden, FCI Loretto
(Name of Warden, Jailor or authorized person having custody of Petitioner)

                Respondent.

) Case No. 3:22-cv-81
)  (To be supplied by Clerk)
)
) **Petitioner Under 28 U.S.C. § 2241**
) **For a Writ Of Habeas Corpus**
) **By a Person In Federal Custody**

## PETITION

1. What are you challenging in this petition?
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Immigration detention
   - ☐ Probation, parole or supervised release
   - ☒ Other (explain): I am challenging the Immediate Custodian's execution of sentence as unlawful executive restraint of my liberty without basis in USDC's sentence, duties of the Attorney General of the US as executor of USDC's sentence and denial of 14th and 5th Amendments due process.

2. (a) Name and location of the agency or court that made the decision you are challenging: Bureau of Prisons FCI Loretto, 772 St. Joseph St., Loretto, PA 15940

   (b) Case or opinion number: N/A

   (c) Decision made by the agency or court: Immediate Custodian: Mr. Queen, Acting Warden and directly through his staff: Case Manager, Mr. Archie, who have refused to allocate earned time credits provided by Federal Law and refused to implement the First Step Act and the Second Chance Act, thus prejudicing me by forcing me to serve more time incarcerated past my release date.

1

(d) Date of the decision: February 23, 2022 (verbal)

3. Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

If yes, answer the following:

(a) First appeal:

(1) Name of the agency or court: Administrative Remedy (Appedix E)

(2) Date you filed: March 3, 2022

(3) Opinion or case number: Not applicable

(4) Result: "Updated from ineligible to eligible."

(5) Date of result: March 21, 2022

(6) Issues raised: After taking into consideration FSA earned time credits for 2019, 2020, 2021, 2022, and the Second Chance Act, my release is passed (October 22, 2021) and my RRC or home confinement date was 13 months ago (April 22, 2021).

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

(1) Name of the agency or court: North Unit Manager (Appendix F): Fannin

(2) Date you filed: April 7, 2022

(3) Opinion or case number: Not applicable

(4) Result: "...will be notified and we will start your release..."

(5) Date of result: April 8, 2022

(6) Issues raised: Assignment of FSA credits from 2019, 2020, 2021, and 2022.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

(1) Name of the agency or court: Case Manager: Mr. Archie (Appendix G)

(2) Date you filed: May 3, 2022
(3) Opinion or case number: N/A

(4) Result: Ineligible for FSA credits (See Appendix A-1)

(5) Date of result: May 3, 2022

(6) Issues raised: Same as B(6)

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: I am requesting the Court to waive any further filings prior to filing this habeas corpus as my release date has come and gone. I am requesting an emergency hearing on this case as my correct release date was October 22, 2021 (see Affidavit attached to this document).

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
   Yes ☐
   No ☐   X Not applicable

If yes, answer the following:

(a) Name of the agency or court: N/A

(b) Date you filed: N/A

(c) Opinion or case number: N/A

(d) Result: N/A

(e) Date of result: N/A

(f) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

3

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

**GROUND ONE:** In violation of my 5th and 14th Amendments rights to due process, and my 8th Amendment right to be free of cruel and unusual punishment, which extends to my term of incarceration beyond the legal term possible under Federal Law, by refusing to apply my ETCs under the FSA and Second Chance Act that legally reduce my incarceration by applying said credits to October 22, 2021.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): I am minimum risk of recidivism as shown in Appendix B. I have no criminal history or history of violence. Thus I qualify to receive 15 days per month as of December 21, 2018. Before FSA credits my release date was October 22, 2022. With earned time credits (ETC) of 6 months for 2019, 6 months for 2020, 6 months for 2021, and 2 months, 20 days for 2022, I have a total of 20 months, 20 days of ETC under the FSA. Then under the Second Chance Act there are an additional 12 months credit for RRC placement, meaning my correct release date is October 22, 2021. The BOP through FCI Loretto refuse to implement the FSA and Second Chance act and have stripped me of my vested good time and earned time diminution credits provided me under Federal Law. By my attached Affidavit I pray for my immediate release and to be handed over to ICE.

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☐
                                                                                    X Not applicable
(c) If yes, did you present the issue to:
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

**GROUND TWO:** As my Administrative Remedy states on March 21, 2022, I am FSA eligible. That is repeated on April 8, 2022. On May 3, 2022, I suddenly became ineligible.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): See Appendices E, F, and G. The sudden declaration of ineligibility subjects me to cruel and unusual punishment.

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☐

(c) If yes, did you present the issue to:   N/A

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: Not applicable

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
Not applicable

**GROUND THREE:** Not applicable

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Not applicable

(b) Did you exhaust all available administrative remedies relating to Ground Three?  Yes ☐ No ☐

(c) If yes, did you present the issue to:
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals    Not applicable
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
Not applicable

**GROUND FOUR:** Not applicable

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Not applicable

7

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐

(c) If yes, did you present the issue to:
 ☐ The Office of General Counsel
 ☐ The Board of Immigration Appeals
 ☐ The Parole Commission          Not applicable
 ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why: Not applicable

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☒ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

 If yes, answer the following:    Not applicable

 (a) Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☐

  If yes, answer the following:

  (1) Name of court: N/A

  (2) Case number: _____

  (3) Opinion or case number: _____

  (4) Result: _____

  (5) Date of result: _____

(6) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Explain why the remedy under § 2255 is inadequate or ineffective: _____
Not applicable
_____
_____
_____

8. If this case concerns immigration removal proceedings, answer the following:

   (a)  Date you were taken into immigration custody: __N/A_____

   (b)  Date of removal or reinstatement order: _____

   (c)  Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐

      (1) Date you filed: _____

      (2) Case number: _____

      (3) Result: _____

      (4) Date of result: _____

      (5) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?
Yes ☐  No ☐

      (1) Name of the court: __N/A_____

      (2) Date you filed: _____

      (3) Case number: _____

      (4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.   Petitioner asks that the Court grant the following relief: <u>I am requesting this Honorable Court to forthwith award the writ of habeas corpus discharge based upon my application and Petition supported by my sworn Affidavit, therewith releasing me from the incarceration portion of the USDC's judgments sentence to the Supervised Release in the custody of ICE</u>

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on <u>May 18, 2022</u> (month, day, year).

<u>Raul Ochoa Perez</u>
**Signature of Petitioner**
Raul Ochoa-Perez, Pro Se

<u>n/a</u>                           <u>May 18, 2022</u>
Signature of attorney, if any         Date

Clerk of the Court
Penn Traffic Building
319 Washington St.
Johnstown, PA 15901

May 18, 2022

Re: 28 USC 2241

Dear Sir/Madam:

I have attached an emergency petition under 28 USC 2241 challenging my illegal incarceration. Also, I have included 'in forma pauperis' form as well as the certificate of service. I appreciate your consideration.

Respectfully submitted
Raul Ochoa Perez
Raul Ochoa-Perez
Reg# 65589-379
FCI Loretto
P.O. Box 1000
Cresson, PA 16630

PS.
My wife mailed a postal money order for $5.00 to you on this day.