IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAUL OCHOA-PEREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 3:22-cv-81 |
| ) | Judge Stephanie L. Haines |
| MICHAEL UNDERWOOD, ) | Magistrate Judge Keith A. Pesto |
| ) | |
| Respondent. ) | |

**MEMORANDUM ORDER**

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 brought by Raul Ochoa-Perez ("Petitioner") [Doc. 1]. Petitioner, an inmate serving a federal sentence at FCI-Loretto at the time of the filing of the petition, alleges that he is entitled to Earned Time Credit under the First Step Act. This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

Upon confirmation via the Bureau of Prison's inmate locator, www.bop.gov, that Petitioner had been released from BOP custody on October 21, 2022, Judge Pesto filed a Report and Recommendation ("R&R") on April 14, 2023, recommending that the petition be dismissed as moot in light of Petitioner's release [Doc. 9]. Plaintiff did not file written objections to the R&R within fourteen days, *see* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2, and the time to do so has expired.

Upon review of the record and the R&R under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the

1

Court will accept in whole the findings and recommendations of Judge Pesto in this matter. As Petitioner was released from federal custody on October 21, 2022, this matter now is moot. *See Doe v. Deli*, 257 F.3d 309, 313 (3d Cir. 2001); *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996). Accordingly, the following order is entered:

## ORDER OF COURT

AND NOW, this 17th day of October, 2023, for the reasons set forth in the Magistrate Judge's Report and Recommendation [Doc. 9], which is adopted in whole as the opinion of the Court as supplemented herein, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. 1] hereby is **dismissed as moot**. The Clerk of Court shall mark this matter closed.

                                                Stephanie L. Haines
                                                United States District Judge